No. 203, Misc. DI PAOLO *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se. Michael R. Imbriani* and *Raymond R. Trombadore,* Deputy Attorneys General of New Jersey, for respondent.

No. 742, Misc. SMITH *v.* CITY OF TOLEDO. Sup. Ct. Ohio. Certiorari denied. *Merritt W. Green II* for petitioner. *John A. DeVictor, Jr.,* and *John J. Burkhart* for respondent. 

No. 748, Misc. ELFE *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Mortimer Sattler,* Assistant Attorney General, for respondent.

No. 782, Misc. BILOCHE *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. *Francis Hoague* for petitioner. *James E. Kennedy* for respondent. 

No. 791, Misc. MURRAY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States. 

No. 863, Misc. CASTELLANO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. 

No. 916, Misc. ANSOURIAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.